**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

DAVID A. ANAYA,

       Plaintiff,

vs.                          No.:    1:18-cv-941 SCY-LF

THE COUNTY OF SOCORRO AND
SHERIFF WILLIAM ARMIJO AND DEPUTY
KYLE HALEY in their professional and individual capacities,

       Defendants.

**SUGGESTION OF DEATH UPON THE RECORD**

       Pursuant to Fed.R.Civ.P. 25(a)(1), Defendants Sheriff William Armijo and Deputy Kyle

Haley, by counsel, YLAW, P.C. (April D. White) hereby suggests upon the record the death of

Plaintiff David A. Anaya during the pendency of this action.

       Respectfully submitted,

       **YLAW, P.C.**

       */s/ April D. White*
       April D. White
       *Attorney for Defendants Sheriff Armijo and Deputy Haley*
       4908 Alameda Blvd. NE
       Albuquerque, NM  87113
       (505) 266-3995
       (505) 268-6694 (fax)
       awhite@ylawfirm.com

1

I hereby certify that on this **23rd day of January 2019**, I filed the foregoing electronically, causing the following parties or counsel to be served by electronic means:

Amavalise F. Jaramillo, Esq.
P.O. Box 28
Tome, NM  87060
(505) 304-0405
(505) 916-0377 (fax)
amavalise@yahoo.com
*Attorney for Plaintiff*


**/s/ April D. White**_____